Argued and submitted March 22, affirmed April 25, 2001

In the Matter of Katherine Kay Iverson,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

KATHERINE KAY IVERSON,
*Appellant.*

(MC990019A; CA A106262)

22 P3d 783

Harrison Latto argued the cause and filed the brief for appellant.

Denise J. Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Van Hoomissen, Senior Judge.

PER CURIAM

Affirmed. *State v. Buffum*, 166 Or App 552, 999 P2d 41, *rev allowed* 331 Or 361 (2000).